# United States Bankruptcy Court
## District of Nevada

In re    OLIVER ANDREAS HEMMERS
         ANNE PANTELAS
_____    Case No.    23-15674
                    Debtor(s)        Chapter     7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
SCHEDULE A / B

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    January 30, 2024
_____

/s/ David Mincin
David Mincin 5427
Attorney for Debtor(s)
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, NV 89128
702-852-1957 Fax:N/A
dmincin@mincinlaw.com

**Fill in this information to identify your case and this filing:**

Debtor 1    OLIVER ANDREAS HEMMERS
            First Name          Middle Name          Last Name

Debtor 2    ANNE PANTELAS
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    23-15674

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1

**281 GINGERBREAD STREET**
Street address, if available, or other description


**Henderson          NV    89012-0000**
City              State      ZIP Code


**Clark**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**PAYMENTS CURRENT / KEEPING**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $617,200.00 | $617,200.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☒ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>

$617,200.00

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | OLIVER ANDREAS HEMMERS | | |
|---|---|---|---|
| Debtor 2 | ANNE PANTELAS | Case number *(if known)* | 23-15674 |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make: | FORD | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | MUSTANG GT CONVERTIBLE | ☐ Debtor 1 only | |
| | Year: | 2014 | ☐ Debtor 2 only | |
| | Approximate mileage: | 80,123 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | KEEPING / OLDEST SON'S VEHICLE | | ☑ Check if this is community property (see instructions) | $15,008.00        $15,008.00 |

| 3.2 | Make: | AUDI | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | CONVERTIBLE | ☐ Debtor 1 only | |
| | Year: | 2015 | ☐ Debtor 2 only | |
| | Approximate mileage: | 64,810 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | KEEPING / PAID IN FULL / ANNE'S VEHICLE | | ☑ Check if this is community property (see instructions) | $16,073.00        $16,073.00 |

| 3.3 | Make: | HONDA | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | ODYSSEY | ☐ Debtor 1 only | |
| | Year: | 2016 | ☐ Debtor 2 only | |
| | Approximate mileage: | 113,551 | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | KEEPING / PAID IN FULL | | ☑ Check if this is community property (see instructions) | $9,113.00        $9,113.00 |

| 3.4 | Make: | HONDA | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | PILOT | ☐ Debtor 1 only | |
| | Year: | 2011 | ☐ Debtor 2 only | |
| | Approximate mileage: | 179,175 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | KEEPING / PAID IN FULL / SON & DAUGHTER'S VEHICLE | | ☑ Check if this is community property (see instructions) | $4,273.00        $4,273.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>   | $44,467.00 |

**Part 3:** Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?**

Debtor 1    **OLIVER ANDREAS HEMMERS**
Debtor 2    **ANNE PANTELAS**                    Case number *(if known)*  **23-15674**

                                                                    Do not deduct secured
                                                                    claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes.  Describe.....

    | HOUSEHOLD GOODS AND FURNISHINGS | $2,500.00 |
    |---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games
    ☒ No
    ☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ☒ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.  Describe.....

    | WEARING APPAREL | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ...................................................................................    | $3,500.00 |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                Current value of the
                                                                                            portion you own?
                                                                                            Do not deduct secured

| Debtor 1 | **OLIVER ANDREAS HEMMERS** | | |
|---|---|---|---|
| Debtor 2 | **ANNE PANTELAS** | | |

Case number *(if known)* **23-15674**

claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.................................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **CHECKING / SAVINGS** | NEVADA STATE BANK #9585 | $380.51 |
| 17.2. | **SAVINGS / SAVINGS** | SILVER STATE SCHOOLS CREDIT UNION #2797 | $483.40 |
| 17.3. | **BUSINESS CHECKING / SAVINGS** | NEVADA STATE BANK #5736 | $387.47 |
| 17.4. | **CHECKING** | NEVADA STATE BANK #0779 | $50.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them....................
         Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
         Type of account:              Institution name:

| | | |
|---|---|---|
| **INVESTMENT SHARES IN QUANTA SERVICES** | CHARLES SCHWAB | $170.55 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☐ No

Official Form 106A/B                     Schedule A/B: Property                                    page 4

Debtor 1    OLIVER ANDREAS HEMMERS
Debtor 2    ANNE PANTELAS                                    Case number *(if known)*   23-15674

■ Yes.............        Issuer name and description.

                   **TEACHERS INSURANCE AND ANNUITY ASSOCIATION (TIAA)**                    $0.00

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

    | Patent # 7,047,377 "FLEXIBLE REMOTE DATA TRANSFER AND DATA SYNCHRONIZATION", May 16, 2006. Patent # 8,663,429 "HOLLOW GLASS MICROSPHERE CANDIDATES FOR REVERSIBLE HYDROGEN STORAGE, PARTICULARLY FOR VEHICULAR APPLICATIONS", March 4, 2014. | Unknown |
    |---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

    **Money or property owed to you?**                                          Current value of the portion you own?
                                                                                Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.
              Company name:                    Beneficiary:                    Surrender or refund value:

| Debtor 1 | OLIVER ANDREAS HEMMERS | | | |
|----------|------------------------|---|---|---|
| Debtor 2 | ANNE PANTELAS | | Case number *(if known)* | 23-15674 |

| | | |
|---|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY INSURED: OLIVER HEMMERS | ANNE PANTELAS | $338,100.00 |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY INSURED: DAUGHTER / WHOLE LIFE | OLIVER HEMMERS | $25,000.00 |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY INSURED: DAUGHTER / WHOLE LIFE | OLIVER HEMMERS | $25,000.00 |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY INSURED: SON / WHOLE LIFE | OLIVER HEMMERS | $25,000.00 |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY INSURED: SON / WHOLE LIFE | OLIVER HEMMERS | $25,000.00 |
| CMFG LIFE INSURANCE COMPANY / INSURED OLIVER HEMMERS / LIFETIME | FAMILY PLAN | $0.00 |

32. **Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................

$439,571.93

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes. Go to line 38.

Current value of the portion you own?

Debtor 1     **OLIVER ANDREAS HEMMERS**
Debtor 2     **ANNE PANTELAS**                              Case number *(if known)*  **23-15674**

Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☐ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ■ Yes. Describe.....

| OFFICE EQUIPMENT | $300.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes. Describe.....

41. **Inventory**
   ■ No
   ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes. Give specific information about them...................
        Name of entity:                                   % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here.................................................................................................................

| | $300.00 |
|---|---|

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    OLIVER ANDREAS HEMMERS
Debtor 2    ANNE PANTELAS                                                        Case number *(if known)*   23-15674

53. **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ■ No
     ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................    | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

55. **Part 1: Total real estate, line 2**  ...................................................................................................    | $617,200.00 |

56. **Part 2: Total vehicles, line 5**                                                         | $44,467.00 |
57. **Part 3: Total personal and household items, line 15**                                    | $3,500.00 |
58. **Part 4: Total financial assets, line 36**                                                | $439,571.93 |
59. **Part 5: Total business-related property, line 45**                                       | $300.00 |
60. **Part 6: Total farm- and fishing-related property, line 52**                              | $0.00 |
61. **Part 7: Total other property not listed, line 54**                                    +  | $0.00 |

62. **Total personal property. Add lines 56 through 61...**    | $487,838.93 |    Copy personal property total    | $487,838.93 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    | $1,105,038.93 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **OLIVER ANDREAS HEMMERS** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **ANNE PANTELAS** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **23-15674** |
| (if known) | |



☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____

Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ OLIVER ANDREAS HEMMERS
OLIVER ANDREAS HEMMERS
Signature of Debtor 1

Date  **January 30, 2024**

X /s/ ANNE PANTELAS
ANNE PANTELAS
Signature of Debtor 2

Date  **January 30, 2024**